US00D700892S

# (12) United States Design Patent
## Segnit

(10) Patent No.: **US D700,892 S**
(45) Date of Patent: ✶✶ **Mar. 11, 2014**

(54) **AUXILIARY PORT AND OUTLET EXTENDER**

(71) Applicant: **Seymour Segnit**, Cornwall on Hudson, NY (US)

(72) Inventor: **Seymour Segnit**, Cornwall on Hudson, NY (US)

(✶✶) Term: **14 Years**

(21) Appl. No.: **29/457,017**

(22) Filed: **Jun. 6, 2013**

(51) **LOC (10) Cl.** ............................................... 13-03
(52) **U.S. Cl.**
USPC ....................................................... **D13/137.2**
(58) **Field of Classification Search**
USPC .......... D13/152, 164, 184, 137.1, 139.1, 153, D13/137.2, 133, 137.4, 139.7, 130, 128, D13/132, 138.2, 139.3, 139.4, 139.8, 139.6, D13/123, 160, 107, 137.3, 138.1, 139.2, D13/139.5, 162, 178, 199; 361/683, 118, 361/119; D9/416, 423; 52/173.1, 656.2; 248/231.91
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,539,821 | A |   | 7/1996 | Blonder |            |
| D469,402  | S | ✶ | 1/2003 | Bukiri  | D13/137.1 |

(Continued)

OTHER PUBLICATIONS

http://www.ebay.com/itm/RCA-WP2UWR-Wall-Plate-Outlet-with-2-USB-White-Chargin . . . .✶

(Continued)

*Primary Examiner* — Robert M Spear
*Assistant Examiner* — Rhea Shields
(74) *Attorney, Agent, or Firm* — Andrew F. Young, Esq.; Lackenbach Siegel, LLP

(57) **CLAIM**
I claim the ornamental design for an auxiliary port and outlet extender, as shown and described.

DESCRIPTION

FIG. 1 is a top perspective view of an auxiliary port and outlet extender, showing a first embodiment of my new design;
FIG. 2 is a bottom perspective view of FIG. 1;
FIG. 3 is a front elevational view of FIG. 1;
FIG. 4 is a rear elevational view of FIG. 1;
FIG. 5 is a left-side elevational view of FIG. 1, the right-side elevational view being a mirror image thereof;
FIG. 6 is a top plan view of FIG. 1;
FIG. 7 is a bottom plan view of FIG. 1;
FIG. 8 is a top perspective view of a second embodiment thereof;
FIG. 9 is a bottom perspective view of FIG. 8;
FIG. 10 is a front elevational view of FIG. 8;
FIG. 11 is a rear elevational view of FIG. 8;
FIG. 12 is a left-side elevational view of FIG. 8, the right-side elevational view being a mirror image thereof;
FIG. 13 is a top plan view of FIG. 8;
FIG. 14 is a bottom plan view of FIG. 8;
FIG. 15 is a top perspective view of a third embodiment thereof;
FIG. 16 is a bottom perspective view of FIG. 15;
FIG. 17 is a front elevational view of FIG. 15;
FIG. 18 is a rear elevational view of FIG. 15;
FIG. 19 is a left-side elevational view of FIG. 15, the right-side elevational view being a mirror image thereof;
FIG. 20 is a top plan view of FIG. 15;
FIG. 21 is a bottom plan view of FIG. 15;
FIG. 22 is a top perspective view of a fourth embodiment thereof;
FIG. 23 is a bottom perspective view of FIG. 22;
FIG. 24 is a front elevational view of FIG. 22;
FIG. 25 is a rear elevational view of FIG. 22;
FIG. 26 is a left-side elevational view of FIG. 22, the right-side elevational view being a mirror image thereof;
FIG. 27 is a top plan view of FIG. 22; and,
FIG. 28 is a bottom plan view of FIG. 22.
The broken lines showing a wall, a portable electronic device, a top port adapter, power plugs, power sockets and outlet borders in the figures depict environmental matter and form no part of the claimed design.

**1 Claim, 12 Drawing Sheets**





US D700,892 S

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,864,798 B2 | 3/2005 | Janik |
| D523,397 S * | 6/2006 | Maglionico et al. ...... D13/137.2 |
| D545,273 S * | 6/2007 | Lee et al. ................. D13/139.3 |
| D547,272 S * | 7/2007 | Ng ........................... D13/137.2 |
| D549,171 S | 8/2007 | Sbordon |
| D556,682 S | 12/2007 | Ahlgren |
| D595,229 S * | 6/2009 | LaGrotta ................... D13/137.2 |
| 7,756,268 B2 | 7/2010 | Hazani |
| D627,729 S | 11/2010 | Smith |
| D638,792 S | 5/2011 | Lu |
| D653,614 S | 2/2012 | Au |
| D653,615 S | 2/2012 | Au |
| D664,091 S | 7/2012 | Pliner |
| D665,354 S * | 8/2012 | Chen et al. ................ D13/138.1 |
| 2004/0218411 A1 | 11/2004 | Luu |

OTHER PUBLICATIONS

http://eshop.macsales.com/shop/Apple/iPod_Accessories.*

\* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**  **FIG. 4**

**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**



FIG. 10



FIG. 11



FIG.12



**FIG. 13**



**FIG. 14**



**FIG. 15**



**FIG. 16**



FIG. 17



FIG. 18



**FIG. 19**



**FIG. 20**



**FIG. 21**



**FIG. 22**



**FIG. 23**



**FIG. 24**



**FIG. 25**



**FIG. 26**



**FIG. 27**



**FIG. 28**